BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RUSSELL J. GOULD (SBN 313352)
russell.gould@whitecase.com
JULIA KIM (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
FITNESS INTERNATIONAL, LLC

*Counsel for Plaintiffs Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LEONNA BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FITNESS INTERNATIONAL, LLC,<br><br>　　　　Defendant. | Case No. 8:23-cv-02109-FWS-KES<br><br>Hon. Fred W. Slaughter<br><br>**JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

AMERICAS 126909047

1  Defendant Fitness International, LLC ("LA Fitness") and plaintiffs Katherine
2  Burnett, Chris Golden, TJ Hardin, Fiza Javid, Jojo Jenkins, Krystyna Machuta, Saira
3  Mueller, and Sharvia Sultana ("Plaintiffs") (LA Fitness and Plaintiffs collectively
4  referred to as "Parties") jointly notify the Court that the Parties have agreed to terms
5  to settle this action. The Parties request that the Court vacate all hearings and
6  deadlines, including the one-day bench trial on November 18, 2024, and allow the
7  Parties 30 days to document the settlement in a signed written agreement and then
8  file a notice of dismissal of this action.

Dated: November 12, 2024         WHITE & CASE LLP


                                 By:  /s/ Bryan A. Merryman
                                      Bryan A. Merryman

                                 Attorneys for Defendant
                                 FITNESS INTERNATIONAL, LLC


                                 MASON LLP


                                 By:  /s/ Danielle L. Perry
                                      Danielle L. Perry

                                 Danielle L. Perry (SBN 292120)
                                 Ra O. Amen
                                 Salena J. Chowdhury
                                 MASON LLP
                                 5335 Wisconsin Avenue NW, Suite 640
                                 Washington, D.C. 20015
                                 Tel: (202) 429-2290
                                 dperry@masonllp.com
                                 ramen@masonllp.com
                                 schowdhury@masonllp.com

| | |
|---|---|
| 1 | |
| 2 | D. Aaron Rihn |
| 3 | Sara J. Watkins |
| | ROBERT PEIRCE & ASSOC., P.C. |
| 4 | 707 Grant Street, Suite 125 |
| 5 | Pittsburgh, PA 15219 |
| | Tel: (412) 281-7229 |
| 6 | arihn@peircelaw.com |
| | swatkins@peircelaw.com |
| 7 | |
| 8 | Jill J. Parker (SBN 274230) |
| | PARKER & MINNE, LLP |
| 9 | 700 S. Flower Street, Suite 1000 |
| 10 | Los Angeles, California 90017 |
| | Tel: (310) 882-6833 |
| 11 | Fax: (310) 889-0822 |
| 12 | jill@parkerminne.com |
| 13 | Attorneys for Plaintiffs |
| | KATHERINE BURNETT, CHRIS |
| 14 | GOLDEN, TJ HARDIN, FIZA JAVID, |
| | JOJO JENKINS, KRYSTYNA |
| 15 | MACHUTA, SAIRA MUELLER, and |
| 16 | SHARVIA SULTANA |

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **SIGNATURE CERTIFICATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I certify that Danielle L. Perry, counsel for Plaintiffs, concurs in this filing's content and that I have obtained Ms. Perry's authorization to affix her electronic signature to this document.

Dated:  November 12, 2024

WHITE & CASE LLP

By:  */s/ Bryan A. Merryman*
       Bryan A. Merryman

Attorneys for Defendant
FITNESS INTERNATIONAL, LLC